UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WALTER H. MEDLEY
AND BOBBYE MEDLEY

        Plaintiff(s),

vs.

FREIGHTLINER CORP, FREIGHTLINER, L.L.C., individually and as a Division of DAIMLERCHRYSLER CORPORATION, PENSKE TRUCK LEASING, ABC COMPANY (said name being fictitious and unknown) JOHN DOE (said name being fictitious and unknown), DEF Company (said name being fictitious and unknown) JOE DOE (said name being fictitious and unknown)

        Defendants.

Civil Action No. 2:07-CV-1580(DRD)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DAIMLERCHRYSLER CORPORATION**

The matter in difference in the above entitled action having been amicably adjusted by and between the plaintiff and Defendant DaimlerChrysler Corporation, it is hereby stipulated and agreed plaintiff's complaint is it is hereby dismissed as to DaimlerChrysler Corporation only without costs against and without prejudice.

LEONARD & LEONARD
Attorneys for Plaintiffs

_____
SCOTT LEONARD, ESQ.

HANLON BOGLIOLI & HANLON, PC
Attorneys for DaimlerChrysler Corporation

_____
MARY O'KEEFE MASSEY, ESQ.

SO ORDERED: _____

DATE: Sept. 28, 2007